IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FATIMAH TUGGAR,<br><br>            Plaintiff,<br><br>v.<br><br>KANSAS CITY ART INSTITUTE,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)   Case No. 4:20-cv-00781<br>)<br>)<br>)<br>) |

**DEFENDANT'S PARTIAL RULE 12(b)(6) MOTION TO DISMISS**

COMES NOW Defendant Kansas City Art Institute ("KCAI"), by and through the undersigned counsel, and pursuant to FED. R. CIV. P. 12(b)(6), respectfully moves this Court for an order dismissing Counts I and II of Plaintiff's Complaint. As set forth more fully in the accompanying Memorandum of Law In Support, which is incorporated herein by reference, Plaintiff's claims under Missouri's Workers' Compensation Law have no merit as a matter of law and fail to state a claim upon which relief may be granted.

WHEREFORE, for the above and foregoing reasons, Defendant Kansas City Art Institute respectfully requests that this Court GRANT its motion, dismiss Counts I and II of Plaintiff's Complaint, award KCAI its fees and costs in defending against these claims, and award such other and further relief as is just and proper under the circumstances.

1

Respectfully submitted,

*/s/ Melody L. Rayl*
Melody L. Rayl, MO Bar # 60362
Laura Bailey Brown, MO Bar # 62732
**FISHER & PHILLIPS, LLP**
4900 Main Street, Suite 650
Kansas City, MO 64112
Phone: (816) 842-8770
Facsimile: (816) 842-8767
Email: mrayl@fisherphillips.com
Email: lkbrown@fisherphillips.com

ATTORNEYS FOR DEFENDANT
KANSAS CITY ART INSTITUTE

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 6th day of October, 2020, the foregoing document was served via the Court's electronic filing system, with notice to be sent electronically to the following:

    Sonal Bhatia
    Edward E.E. Keenan
    KEENAN & BHATIA, LLC
    929 Walnut Street, Suite 5107
    Kansas City, MO 64106
    Phone: 816.809.2100
    Email: sonal@keenanfirm.com
    Email: ee@keenanfirm.com

    ATTORNEYS FOR PLAINTIFF

                                      */s/ Melody L. Rayl*
                                      Attorney for Defendants